THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NATHAN KORNBLITH, Appellant.

Submitted October 9, 1946; decided November 21, 1946.

740

*John McKim Minton* for appellant.

*Frank S. Hogan, District Attorney, New York County (Eugene A. Leiman, Whitman Knapp* and *David Du Vivier* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.